**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| MILRED NEEVEL and TEDDY NEEVEL | * * * | |
| Plaintiffs | * * | |
| V. | * * | NO: 1:11CV00013 SWW |
| BENNY D. DECKER and MAVIS DECKER | * * | |

**ORDER**

On March 16, 2011, Defendants filed a document entitled "Motion to Dismiss or, Alternatively, Answer." Docket entry #5. Pursuant to Local Rule 7.2(e), motions to dismiss shall not be taken up and considered unless set forth in a separate motion accompanied by a separate brief. Defendants are hereby notified that the Court construes the March 16, 2011 filing solely as an answer to the complaint.

IT IS SO ORDERED THIS 29TH DAY OF MARCH, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE